# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SCOTT RITCHIE, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01480-JCM-NJK<br><br>**Order**<br><br>[Docket No. 31] |

The parties have filed a discovery plan with the full name of minor J.M.R. *See* Docket No. 31; *see also* Docket No. 1-1 at ¶ 8 (asserting that J.M.R. was born in 2007). Documents filed in this Court must be redacted to include only the initials for minor children. Local Rule IC 6-1(a)(2). Accordingly, the Clerk's Office is **INSTRUCTED** to seal and strike Docket No. 31. A properly redacted discovery plan must be filed by June 4, 2020.

**The Court expects strict compliance from the parties moving forward with all applicable rules.**

IT IS SO ORDERED.

Dated: June 2, 2020

                                                                       _____
Nancy J. Koppe
United States Magistrate Judge