AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Bradley Scott Ritchie, et al.,

                          JUDGMENT IN A CIVIL CASE

               Plaintiffs,

  v.                                  Case Number: 2:19-cv-01480-JCM-NJK

Mamie R. Hubbard-Washington,

                    Defendant.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

That Default Judgment is entered in favor of Plaintiff Bradley Scott Ritchie and against Defendant Marnie Hubbard-Washington in the sum of 7,250,536.20, together with statutory interest thereon in accordance with 2 U.S.C. 1961.

  4/14/2022                              DEBRA K. KEMPI
Date                                   Clerk

                                         /s/ K. Ferris
                                       Deputy Clerk