UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRADLEY SCOTT RITCHIE, et al.,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:19-CV-1480 JCM (NJK)<br><br>ORDER |

  Presently before the court is the matter of *Ritchie et al v. Clark County School District et al.*, case number 2:19-cv-01480-JCM-NJK.

  Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). This court also has the inherent power to sua sponte dismiss a case for want of prosecution or compliance with court orders. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

  On May 4, 2022, the court notified the parties that "[i]f no further action is taken in this case by June 5, 2022, the court will enter an order of dismissal for want of prosecution and close the case." (ECF No. 67). No action has been taken since.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and

3 the same hereby is, DISMISSED for want of prosecution.

4  The clerk shall close this case.

5  DATED August 15, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**